**J. Edward HODGES, Appellant, v. The STATE of Texas, Appellee.**

No. 25355.

Court of Criminal Appeals of Texas.

May 30, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for an assault by a motor vehicle; the penalty assessed is a fine of $150.00.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.

**CARLYLE v. STATE.**

No. 25313.

Court of Criminal Appeals of Texas.

May 23, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The conviction is for forgery, the punishment having been assessed by the jury at two years in the penitentiary.

No statement of facts or bills of exception are found in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.